FILED IN
COURT OF CRIMINAL APPEALS

August 10, 2015

ABEL ACOSTA, CLERK

PD-0077-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/10/2015 9:30:07 AM
Accepted 8/10/2015 9:51:27 AM
ABEL ACOSTA
CLERK



OFFICE OF
# STATE PROSECUTING ATTORNEY
P.O. BOX 13046
CAPITOL STATION
AUSTIN, TX 78711
(512) 463-1660

LISA C. MCMINN
STATE PROSECUTING ATTORNEY

JOHN R. MESSINGER
ASST. STATE PROSECUTING ATTORNEY

STACEY M. GOLDSTEIN
ASST. STATE PROSECUTING ATTORNEY

August 10, 2015

Honorable Abel Acosta
Clerk of the Court
P.O. Box 12308; Capitol Station
Austin, Texas 78711

Re:     PD-0077-14
        *Steven Cole v. The State of Texas*

Dear Mr. Acosta:

Oral Argument has been granted for the above referenced case. This letter serves as notice that I will be in attendance to argue on Wednesday, September 16, 2015.

Respectfully Submitted,

/s/Lisa C. McMinn
LISA C. MCMINN
State Prosecuting Attorney
Bar I.D. No. 1380330

P.O. Box 13046
Austin, Texas 78711
information@spa.texas.gov
512-463-1660 (Telephone)
512-463-5724 (Fax)

cc:     Hon. Zan Colson Brown     zan.brown@co.gregg.tx.us
        Hon. Ebb Mobley           ebbmob@aol.com